**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

James G. Corriveau,

        Plaintiff,

v.

Maple Bank,

        Defendant.

Civil No. 10-594 (RHK/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge